IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv120

| | |
|---|---|
| JASON BODNAR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KELLY D. JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion for Joinder [# 14]. Although the parties have submitted various documents to the Court in connection with the Motion for Joinder, it does appear that either party has submitted a copy of the actual contract at the heart of this dispute. The Court **DIRECTS** the parties to jointly submit a copy of the executed contract regarding the purchase of the dental practice that forms the basis of the breach of contract claims and counterclaims within five (5) days of the entry of this Order.

Signed: September 19, 2014

Dennis L. Howell
United States Magistrate Judge

-1-